STATE, EX REL. WILLIAM H. CAMPBELL ET AL., RELATORS, v. JOSEPH G. CHAMPION ET AL., RESPONDENTS.

Submitted January 17, 1928—Decided May 3, 1928.

Before Justices TRENCHARD, KALISCH and KATZENBACH.

For the relators, *Cole & Cole.*

For the respondents, *F. Stanley Kreps* and *Emerson L. Richards.*

PER CURIAM.

This case is before this court on a demurrer to a writ of *quo warranto.* The proceedings were instituted for the purpose of determining the right of the respondents to the office of city commissioner of Ocean City. It is a companion case to number 204 of the October term, 1927, of this court. For the reasons expressed in said case, number 204, it has become useless to consider the contentions in the present case.

The demurrer to the answer is overruled.